Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16515−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rubi Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Reginald Nathanael Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−2343

xxx−xx−9724

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2022.

Dated: December 15, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Rubi Watson  
Reginald Nathanael Watson  
    Debtors

Case No. 22-16515-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Dec 15, 2022      Form ID: plncf13      Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rubi Watson, Reginald Nathanael Watson, 17 Autumn Lane, Egg Harbor Township, NJ 08234-5241 |
| 519684193 | | Arcadia Recivery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 519684194 | + | Atlanticare Regional Medical Care, P.O. Box 829600, Philadelphia, PA 19182-9600 |
| 519695092 | + | Brian C. Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519684201 | + | Citiznpayloc, One Citizens Bank Way, Johnston, RI 02919-1922 |
| 519684202 | + | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519684203 | | Community Medial Center, P.O. Box 29969, Brooklyn, NY 11203 |
| 519684209 | + | Hackensack Meridian Health, Souther Ocean Medical Center, P.O. Box 8505, Pompano Beach, FL 33075-8505 |
| 519684210 | + | Hackensack Meridian Health Physician, P.O. Box 419801, Boston, MA 02241-9801 |
| 519684212 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519684211 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519699280 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 519684221 | + | Shore Medical Center, P.O. Box 42972, Philadelphia, PA 19101-2972 |
| 519684222 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519684232 | + | Virtua Health, P.O. Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519684191 | + | Email/Text: backoffice@affirm.com | Dec 15 2022 21:05:00 | Affirm Inc, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 519684195 | ^ | MEBN | Dec 15 2022 21:00:47 | BCA Financial, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519684196 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 15 2022 21:07:20 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519684225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:37 | The Home Depot, PO Box 653000, Dallas, TX 75265-3000 |
| 519752591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 15 2022 21:03:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519684204 | | Email/Text: gtercero@crossriver.com | Dec 15 2022 21:04:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 519684197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2022 21:07:13 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519711777 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 22-16515-ABA   Doc 19   Filed 12/17/22   Entered 12/18/22 00:16:03   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 15 2022 21:07:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684198 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 15 2022 21:07:12 | Care Credit, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 519684199 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 15 2022 21:07:37 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519738593 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 15 2022 21:07:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519684200 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 15 2022 21:07:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519743815 | | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | Dec 15 2022 21:04:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519708845 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 15 2022 21:07:21 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519684206 | + | Email/Text: bankruptcy@firstelectronic.com | | |
| | | | Dec 15 2022 21:05:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519684205 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Dec 15 2022 21:05:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519684207 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | | Dec 15 2022 21:04:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519684208 | + | Email/Text: bankruptcy@greenskycredit.com | | |
| | | | Dec 15 2022 21:03:00 | GreenSky Financial, Attn: Bankruptcy, 1797 Ne Expressway Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519741442 | + | Email/Text: bankruptcy@greenskycredit.com | | |
| | | | Dec 15 2022 21:03:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 519684213 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Dec 15 2022 21:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684216 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Dec 15 2022 21:05:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519684215 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Dec 15 2022 21:05:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519688491 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Dec 15 2022 21:05:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519684217 | + | Email/Text: netcreditbnc@enova.com | | |
| | | | Dec 15 2022 21:04:50 | Net Credit, 175 W. Jackson Blvd., Suite #1000, Chicago, IL 60604-2863 |
| 519684218 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 15 2022 21:07:32 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519746086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 15 2022 21:07:35 | Portfolio Recovery Associates, LLC, C/O The Home Depot, POB 41067, Norfolk VA 23541 |
| 519746084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 15 2022 21:07:25 | Portfolio Recovery Associates, LLC, C/O Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519732854 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 15 2022 21:04:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519684219 | ^ | MEBN | | |
| | | | Dec 15 2022 21:00:54 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 519684220 | + | Email/Text: jboehler@shorememorial.org | | |
| | | | Dec 15 2022 21:05:00 | Shore medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519728628 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 15 2022 21:07:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 22-16515-ABA   Doc 19   Filed 12/17/22   Entered 12/18/22 00:16:03   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 62 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519685444 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684223 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2022 21:07:32 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519700998 | + | Email/Text: tdebn@credbankserv.com | Dec 15 2022 21:04:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519684224 | + | Email/Text: _sagcallcenter@techcu.com | Dec 15 2022 21:03:00 | Technology Credit Unio, 2010 North First Street, San Jose, CA 95131-2018 |
| 519733913 | + | Email/Text: _sagcallcenter@techcu.com | Dec 15 2022 21:03:00 | Technology Credit Union, 2010 N. First St., San Jose, CA 95131-2018 |
| 519684226 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 15 2022 21:04:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519734729 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 15 2022 21:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519684227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 21:07:37 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519688462 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 15 2022 21:04:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519684228 | | Email/Text: bankruptcies@uplift.com | Dec 15 2022 21:03:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519684231 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 15 2022 21:04:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519684229 | + | Email/Text: LCI@upstart.com | Dec 15 2022 21:04:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519684230 | + | Email/Text: LCI@upstart.com | Dec 15 2022 21:04:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519686020 | ^ | MEBN | Dec 15 2022 21:01:17 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519684214 | | Klarna, Sveavagen 46, Stockholm, SE-111 34 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519684192 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519689190 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 15, 2022 | Form ID: plncf13 | Total Noticed: 62

Date: Dec 17, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B. Finberg | on behalf of Joint Debtor Reginald Nathanael Watson andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Andrew B. Finberg | on behalf of Debtor Rubi Watson andy@sjbankruptcylaw.com abfecf@gmail.com;finbergar39848@notify.bestcase.com |
| Brian C. Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5