Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-16515 (ABA)

Rubi Watson and Reginald N. Watson  
17 Autumn Lane  
Egg Harbor Township, NJ  08234

Monthly Payment: $1,547.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 10/03/2022 | $1,500.00 | 10/31/2022 | $1,500.00 | 11/28/2022 | $1,500.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | RUBI WATSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | 13 | $1,637.00 | $0.00 | $1,637.00 | $0.00 |
| 1 | TD RETAIL CARD SERVICES | 24 | $5,753.00 | $0.00 | $5,753.00 | $0.00 |
| 2 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ARCADIA RECIVERY BUREAU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTICARE REGIONAL MEDICAL CARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BCA FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BEST EGG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $1,050.92 | $0.00 | $1,050.92 | $0.00 |
| 8 | FAIR SQUARE FINANCIAL, LLC | 33 | $2,155.01 | $0.00 | $2,155.01 | $0.00 |
| 9 | CITIBANK NORTH AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $2,000.00 | $0.00 | $2,000.00 | $0.00 |
| 11 | CITIZENS BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITYL/PRCPGD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMMUNITY MEDIAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CROSS RIVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $1,037.75 | $0.00 | $1,037.75 | $0.00 |
| 16 | FIRST ELECTRONIC BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | FLAGSTAR BANK | 24 | $553.07 | $0.00 | $553.07 | $0.00 |
| 18 | GREENSKY, LLC | 33 | $3,791.56 | $0.00 | $3,791.56 | $0.00 |
| 19 | SYNCHRONY BANK | 33 | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| 20 | HACKENSACK MERIDIAN HEALTH PHYSICIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | HIGHER EDUCATION STUDENT ASSISTANCE AUTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | HIGHER EDUCATION STUDENT ASSISTANCE AUTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DEPARTMENT OF THE TREASURY | 28 | $13,880.15 | $0.00 | $13,880.15 | $0.00 |
| 24 | KLARNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NAVY FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | NAVY FEDERAL CREDIT UNION | 33 | $9,819.67 | $0.00 | $9,819.67 | $0.00 |
| 27 | NET CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,508.95 | $0.00 | $1,508.95 | $0.00 |
| 29 | RAYMOUR & FLANIGAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SHORE MEDICAL CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SHORE MEDICAL CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | STATE OF NEW JERSEY | 28 | $4,080.80 | $0.00 | $4,080.80 | $0.00 |
| 33 | SYNCHRONY BANK | 33 | $1,256.07 | $0.00 | $1,256.07 | $0.00 |
| 34 | TECHNOLOGY CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $423.04 | $0.00 | $423.04 | $0.00 |
| 36 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | TRAC/CBCD/CITICORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | UPLIFT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | UPSTART NETWORK, INC. | 33 | $12,290.21 | $0.00 | $12,290.21 | $0.00 |
| 42 | UPSTART NETWORK, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | VIRTUA HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | ANDREW B. FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | REGINALD N. WATSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | UPSTART NETWORK, INC. | 33 | $2,048.75 | $0.00 | $2,048.75 | $0.00 |
| 48 | NAVY FEDERAL CREDIT UNION | 33 | $1,953.19 | $0.00 | $1,953.19 | $0.00 |
| 49 | NAVY FEDERAL CREDIT UNION | 33 | $7,819.05 | $0.00 | $7,819.05 | $0.00 |
| 50 | DEPARTMENT OF THE TREASURY | 33 | $1,116.36 | $0.00 | $1,116.36 | $0.00 |
| 51 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | NJ CLASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | QUANTUM3 GROUP, LLC | 33 | $2,004.95 | $0.00 | $2,004.95 | $0.00 |
| 54 | QUANTUM3 GROUP, LLC | 33 | $2,102.62 | $0.00 | $2,102.62 | $0.00 |
| 55 | TD RETAIL CARD SERVICES | 33 | $2,747.85 | $0.00 | $2,747.85 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2022 | 2.00 | $0.00 |
| 11/01/2022 | Paid to Date | $4,500.00 |
| 12/01/2022 | 57.00 | $1,547.00 |
| 09/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,500.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $4,113.00 |
| Arrearages: | $1,547.00 |
| Attorney: | ANDREW B. FINBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**