B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  RUBI WATSON and REGINALD N WATSON  ,     Case No.  1-22-BK-16515

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
LVNV Funding LLC  
PO Box 10587  
Greenville SC 29603  

Court Claim # (if known):  15  
Amount of Claim:  1,000.00  
Date Claim Filed:  10/4/2022  

Phone:  (877) 264-5884  
Last Four Digits of Acct #:  7841  

Phone:  
Last Four Digits of Acct. #:  7841  

Name and Address where transferee payments should be sent (if different from above):  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC  29603  
Phone:  (877) 264-5884  
Last Four Digits of Acct #:  7841  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Helga Ridgeway      Date: 5/11/2023  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.