UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
(732)866-6655

---

In Re:

RUBI WATSON & REGINALD N. WATSON

| | |
|---|---|
| Case No.: | 22-16515 |
| Chapter: | 13 |
| Judge: | ABA |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___Edward Hanratty, Esq.___

will be substituted as attorney of record for ___Rubi & Reginald Watson___, ___Debtors___ in this

case. [1]

Date: ___11/18/2023___

_____
Signature of Former Attorney

Date: ___11/5/2023___

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example. ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.