UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

THE LAW OFFICE OF EDWARD HANRATTY
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
TEL: (732)866-6655

IN RE:

**RUBI WATSON & REGINALD N. WATSON**

CASE NO.: 22-16515
HEARING DATE:
JUDGE: ABA

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Rubi Watson and Reginald N. Watson will be substituted as pro se of record for Rubi Watson and Reginald N. Watson, Debtors in this case.

Dated: 12/26/23

Rubi Watson

Dated: 12/26/23

Reginald Watson

Dated: 1/9/23

Edward Hanratty, Esq.