Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−16515−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rubi Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Reginald Nathanael Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−2343

xxx−xx−9724

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    2/22/24
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney.

COMMISSION OR FEES
fee: $1,970.85.

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 11, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16515-ABA |
| Rubi Watson | Chapter 13 |
| Reginald Nathanael Watson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 11, 2024 | Form ID: 137 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rubi Watson, Reginald Nathanael Watson, 17 Autumn Lane, Egg Harbor Township, NJ 08234-5241 |
| 519684193 | | Arcadia Recivery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 519684194 | + | Atlanticare Regional Medical Care, P.O. Box 829600, Philadelphia, PA 19182-9600 |
| 519695092 | + | Brian C. Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519684203 | | Community Medial Center, P.O. Box 29969, Brooklyn, NY 11203 |
| 519684209 | + | Hackensack Meridian Health, Souther Ocean Medical Center, P.O. Box 8505, Pompano Beach, FL 33075-8505 |
| 519684210 | | Hackensack Meridian Health Physician, P.O. Box 419801, Boston, MA 02241-9801 |
| 519684211 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519684212 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519699280 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 519684221 | + | Shore Medical Center, P.O. Box 42972, Philadelphia, PA 19101-2972 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519684191 | + | Email/Text: backoffice@affirm.com | Jan 11 2024 20:43:00 | Affirm Inc, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 519684195 | ^ | MEBN | Jan 11 2024 20:41:35 | BCA Financial, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519684196 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 11 2024 21:01:58 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519684225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 21:13:34 | The Home Depot, PO Box 653000, Dallas, TX 75265-3000 |
| 519752591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 11 2024 20:41:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519684204 | | Email/Text: jcarlick@crossriver.com | Jan 11 2024 20:42:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 519684197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 21:02:12 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519711777 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2024 21:02:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684198 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 20:50:44 | Care Credit, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

Case 22-16515-ABA    Doc 30    Filed 01/13/24    Entered 01/14/24 00:15:57    Desc Imaged
                                Certificate of Notice      Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: 137 | Total Noticed: 64 |

| Recip ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| 519684199 | | Email/PDF: Citi.BNC.Correspondence@citi.com  Jan 11 2024 21:02:20 | | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519738593 | | Email/PDF: Citi.BNC.Correspondence@citi.com  Jan 11 2024 21:01:58 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519684200 | + | Email/PDF: Citi.BNC.Correspondence@citi.com  Jan 11 2024 21:01:58 | | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519684201 | ^ | MEBN  Jan 11 2024 20:40:23 | | Citiznpayloc, One Citizens Bank Way, Johnston, RI 02919-1922 |
| 519684202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM  Jan 11 2024 20:42:00 | | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519743815 | | Email/Text: cashiering-administrationservices@flagstar.com  Jan 11 2024 20:43:00 | | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519708845 | | Email/PDF: MerrickBKNotifications@Resurgent.com  Jan 11 2024 20:51:26 | | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519684206 | + | Email/Text: bankruptcy@firstelectronic.com  Jan 11 2024 20:43:00 | | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519684205 | + | Email/Text: GenesisFS@ebn.phinsolutions.com  Jan 11 2024 20:43:00 | | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519684207 | + | Email/Text: cashiering-administrationservices@flagstar.com  Jan 11 2024 20:43:00 | | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519684208 | + | Email/Text: bankruptcy@greenskycredit.com  Jan 11 2024 20:41:00 | | GreenSky Financial, Attn: Bankruptcy, 1797 Ne Expressway Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519741442 | + | Email/Text: bankruptcy@greenskycredit.com  Jan 11 2024 20:41:00 | | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 519684213 | | Email/Text: sbse.cio.bnc.mail@irs.gov  Jan 11 2024 20:42:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519921386 | + | Email/PDF: resurgentbknotifications@resurgent.com  Jan 11 2024 20:50:31 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921387 | + | Email/PDF: resurgentbknotifications@resurgent.com  Jan 11 2024 20:51:41 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519684216 | + | Email/Text: ext_ebn_inbox@navyfederal.org  Jan 11 2024 20:43:00 | | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519684215 | + | Email/Text: ext_ebn_inbox@navyfederal.org  Jan 11 2024 20:43:00 | | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519688491 | + | Email/Text: ext_ebn_inbox@navyfederal.org  Jan 11 2024 20:43:00 | | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519684217 | + | Email/Text: netcreditbnc@enova.com  Jan 11 2024 20:43:30 | | Net Credit, 175 W. Jackson Blvd., Suite #1000, Chicago, IL 60604-2863 |
| 519684218 | + | Email/PDF: MerrickBKNotifications@Resurgent.com  Jan 11 2024 20:51:20 | | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519746086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 11 2024 21:02:17 | | Portfolio Recovery Associates, LLC, C/O The Home Depot, POB 41067, Norfolk VA 23541 |
| 519746084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Jan 11 2024 21:13:34 | | Portfolio Recovery Associates, LLC, C/O Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519732854 | | Email/Text: bnc-quantum@quantum3group.com  Jan 11 2024 20:42:00 | | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519684219 | ^ | MEBN  Jan 11 2024 20:40:22 | | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519684222 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 11 2024 20:41:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519684220 | + | Email/Text: jboehler@shorememorial.org | Jan 11 2024 20:43:00 | Shore medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519728628 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 20:50:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519685444 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 21:02:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684223 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 11 2024 21:02:11 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519700998 | + | Email/Text: tdebn@credbankserv.com | Jan 11 2024 20:42:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519684224 | + | Email/Text: _sagcallcenter@techcu.com | Jan 11 2024 20:41:00 | Technology Credit Unio, 2010 North First Street, San Jose, CA 95131-2018 |
| 519733913 | + | Email/Text: _sagcallcenter@techcu.com | Jan 11 2024 20:41:00 | Technology Credit Union, 2010 N. First St., San Jose, CA 95131-2018 |
| 519684226 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 11 2024 20:42:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519734729 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 11 2024 20:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519684227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 21:02:19 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519688462 | | Email/Text: electronicbkydocs@nelnet.net | Jan 11 2024 20:42:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519684228 | | Email/Text: bankruptcies@uplift.com | Jan 11 2024 20:41:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519684231 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 11 2024 20:42:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519684229 | + | Email/Text: LCI@upstart.com | Jan 11 2024 20:42:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519684230 | + | Email/Text: LCI@upstart.com | Jan 11 2024 20:42:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519686020 | ^ | MEBN | Jan 11 2024 20:39:00 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519684232 | ^ | MEBN | Jan 11 2024 20:39:02 | Virtua Health, P.O. Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519684214 | | Klarna, Sveavagen 46, Stockholm, SE-111 34 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519684192 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519921388 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921389 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519689190 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jan 11, 2024 | Form ID: 137 | Total Noticed: 64

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Joint Debtor Reginald Nathanael Watson thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor Rubi Watson thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6