| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-16515 / ABA**

RUBI WATSON
REGINALD N. WATSON

Petition Filed Date: 08/17/2022
341 Hearing Date: 10/07/2022
Confirmation Date: 12/14/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2023 | $1,547.00 | 8907704000 | 01/30/2023 | $1,547.00 | 8963253000 | 02/27/2023 | $1,547.00 | 9018867000 |
| 03/31/2023 | $1,547.00 | 9082607000 | 05/01/2023 | $1,547.00 | 9137542000 | 05/30/2023 | $1,547.00 | 9191167000 |
| 07/05/2023 | $1,547.00 | 9251627000 | 07/31/2023 | $1,547.00 | 9301861000 | 09/05/2023 | $1,547.00 | 9359724000 |
| 10/10/2023 | $1,549.00 | | 11/06/2023 | $1,549.00 | | 12/11/2023 | $1,549.00 | |

**Total Receipts for the Period: $18,570.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,070.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | RUBI WATSON | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | TD RETAIL CARD SERVICES | Secured Creditors | $5,753.00 | $5,753.00 | $0.00 |
| 2 | AFFIRM, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | ARCADIA RECIVERY BUREAU | | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTICARE REGIONAL MEDICAL CARE | | $0.00 | $0.00 | $0.00 |
| 5 | BCA FINANCIAL | | $0.00 | $0.00 | $0.00 |
| 6 | BEST EGG | | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE, N.A. | Unsecured Creditors | $1,050.92 | $0.00 | $1,050.92 |
| 8 | FAIR SQUARE FINANCIAL, LLC | Unsecured Creditors | $2,155.01 | $0.00 | $2,155.01 |
| 9 | CITIBANK NORTH AMERICA | | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 11 | CITIZENS BANK, N.A. »» LATE | Unsecured Creditors / No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 12 | COMENITYL/PRCPGD | | $0.00 | $0.00 | $0.00 |
| 13 | COMMUNITY MEDIAL CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CROSS RIVER BANK | | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | Unsecured Creditors | $1,037.75 | $0.00 | $1,037.75 |
| 16 | FIRST ELECTRONIC BANK | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 17 | FLAGSTAR BANK | Mortgage Arrears | $553.07 | $553.07 | $0.00 |
| 18 | GREENSKY, LLC | Unsecured Creditors | $3,791.56 | $0.00 | $3,791.56 |
| 19 | LVNV FUNDING, LLC | Unsecured Creditors | $1,000.00 | $0.00 | $1,000.00 |
| 20 | HACKENSACK MERIDIAN HEALTH PHYSICIAN | | $0.00 | $0.00 | $0.00 |
| 21 | HIGHER EDUCATION STUDENT ASSISTANCE AUT »» PAID OUTSIDE | Unsecured Creditors / No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-16515 / ABA**

| | | | | | |
|---|---|---|---|---|---|
| 22 | HIGHER EDUCATION STUDENT ASSISTANCE AUT<br>»» PAID OUTSIDE | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 23 | DEPARTMENT OF THE TREASURY | Priority Creditors | $13,880.15 | $8,808.28 | $5,071.87 |
| 24 | KLARNA | | $0.00 | $0.00 | $0.00 |
| 25 | NAVY FEDERAL CREDIT UNION<br>»» OUTSIDE | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 26 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $9,819.67 | $0.00 | $9,819.67 |
| 27 | NET CREDIT | | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>»» AMENDED 2/21/23 | Unsecured Creditors | $1,508.95 | $0.00 | $1,508.95 |
| 29 | RAYMOUR & FLANIGAN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | SHORE MEDICAL CENTER | | $0.00 | $0.00 | $0.00 |
| 31 | SHORE MEDICAL CENTER | | $0.00 | $0.00 | $0.00 |
| 32 | STATE OF NEW JERSEY | Priority Creditors | $4,080.80 | $2,589.67 | $1,491.13 |
| 33 | LVNV FUNDING, LLC | Unsecured Creditors | $1,256.07 | $0.00 | $1,256.07 |
| 34 | TECHNOLOGY CREDIT UNION<br>»» SOLAR PANELS<br><br>OUTSIDE | Secured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>»» AMENDED 2/21/23 | Unsecured Creditors | $423.04 | $0.00 | $423.04 |
| 36 | TOYOTA MOTOR CREDIT CORPORATION<br>»» OUTSIDE | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 37 | TRAC/CBCD/CITICORP | | $0.00 | $0.00 | $0.00 |
| 38 | U.S. TRUSTEE | | $0.00 | $0.00 | $0.00 |
| 39 | U.S. DEPARTMENT OF EDUCATION<br>»» PAID OUTSIDE | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 40 | UPLIFT, INC. | | $0.00 | $0.00 | $0.00 |
| 41 | UPSTART NETWORK, INC. | Unsecured Creditors | $12,290.21 | $0.00 | $12,290.21 |
| 42 | UPSTART NETWORK, INC. | | $0.00 | $0.00 | $0.00 |
| 43 | VIRTUA HEALTH | | $0.00 | $0.00 | $0.00 |
| 44 | ANDREW B. FINBERG | | $0.00 | $0.00 | $0.00 |
| 45 | ISABEL C. BALBOA | | $0.00 | $0.00 | $0.00 |
| 46 | REGINALD N. WATSON | | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW B. FINBERG, ESQUIRE | Attorney Fees | $1,637.00 | $1,637.00 | $0.00 |
| 47 | UPSTART NETWORK, INC. | Unsecured Creditors | $2,048.75 | $0.00 | $2,048.75 |
| 48 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $1,953.19 | $0.00 | $1,953.19 |
| 49 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $7,819.05 | $0.00 | $7,819.05 |
| 50 | DEPARTMENT OF THE TREASURY | Unsecured Creditors | $1,116.36 | $0.00 | $1,116.36 |
| 51 | NJ CLASS<br>»» PAID OUTSIDE | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 52 | NJ CLASS<br>»» PAID OUTSIDE | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 53 | QUANTUM3 GROUP, LLC | Unsecured Creditors | $2,004.95 | $0.00 | $2,004.95 |
| 54 | QUANTUM3 GROUP, LLC | Unsecured Creditors | $2,102.62 | $0.00 | $2,102.62 |
| 55 | TD RETAIL CARD SERVICES | Unsecured Creditors | $2,747.85 | $0.00 | $2,747.85 |
| 56 | STATE OF NEW JERSEY<br>»» S&U 10/2022 - 12/2022 EST | Priority Creditors | $199.30 | $199.30 | $0.00 |
| 57 | ALBERT RUSSO | Other Administrative Fees | $0.00 | $0.00 | $0.00 |
| 0 | Edward Hanratty, Esq.<br>»» SUB OF ATTY 11/28/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | PRO SE<br>»» SUB OF ATTY 1/11/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-16515 / ABA**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $23,070.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $19,540.32 | Current Monthly Payment: | $1,547.00 |
| Paid to Trustee: | $2,109.25 | Arrearages: | $3,088.00 |
| Funds on Hand: | $1,420.43 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

