UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
732-866-6655

Order Filed on March 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RUBI WATSON & REGINALD WATSON

Case No.: 22-16515

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 4, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that **Edward Hanratty**, the applicant, is allowed a total fee of **$1,970.85** for services rendered and expenses in the amount of **$00.00** for a total of **$1,970.85**. The fees will be paid as follows:

IT IS FURTHER ORDERED that **Edward Hanratty,** the applicant, is allowed a fee of **$ 1,000.00** for services rendered and expenses in the amount of **$00.00** for a total of **$1,000.00**. The allowance shall be payable:

- ☐ through the Chapter 13 plan as an administrative priority.
- ☑ outside the plan via the Debtors initial retainer payment.

AND IT IS FURTHER ORDERED that **Edward Hanratty**, the applicant, is allowed a fee of **$970.85** for services rendered and expenses in the amount of **$00.00** for a total of **$970.85**. The allowance shall be payable:

- ☒ through the Chapter 13 Plan as an administrative priority.
- ___ outside the plan