UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Office of Edward Hanratty
Edward Hanratty, Esq. (052151997)
57 W. Main Street, Suite 2D
Freehold, NJ 07728
732-866-6655

Order Filed on March 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RUBI WATSON & REGINALD WATSON

Case No.: 22-16515

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 4, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that **Edward Hanratty**, the applicant, is allowed a total fee of **$1,970.85** for services rendered and expenses in the amount of **$00.00** for a total of **$1,970.85**. The fees will be paid as follows:

IT IS FURTHER ORDERED that **Edward Hanratty,** the applicant, is allowed a fee of **$ 1,000.00** for services rendered and expenses in the amount of **$00.00** for a total of **$1,000.00**. The allowance shall be payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☑ outside the plan via the Debtors initial retainer payment.

AND IT IS FURTHER ORDERED that **Edward Hanratty**, the applicant, is allowed a fee of **$970.85** for services rendered and expenses in the amount of **$00.00** for a total of **$970.85**. The allowance shall be payable:

    ☒ through the Chapter 13 Plan as an administrative priority.

    ____ outside the plan

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16515-ABA |
| Rubi Watson | Chapter 13 |
| Reginald Nathanael Watson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rubi Watson, Reginald Nathanael Watson, 17 Autumn Lane, Egg Harbor Township, NJ 08234-5241 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Joint Debtor Reginald Nathanael Watson thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Debtor Rubi Watson thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1          User: admin          Page 2 of 2
Date Rcvd: Mar 04, 2024          Form ID: pdf903          Total Noticed: 1
TOTAL: 5