| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**<br><br>**LAW OFFICE OF EDWARD HANRATTY**<br>EDWARD HANRATTY, ESQ. (052151997)<br>57 W. MAIN STREET, SUITE 2D<br>FREEHOLD NJ 07728<br>732-866-6655 | |
| IN RE:<br><br>**RUBI WATSON & REGINALD WATSON** | CASE NO.: 22-16515<br>HEARING DATE:<br>JUDGE: ABA |

## NOTICE OF MOTION TO RELIEVE COUNSEL

The Debtor has filed papers with the court to Relieve Counsel in the above case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:  **MARCH 26, 2024**
Hearing Time:  **10:00 AM**
Hearing Location: **400 COOPER STREET, 4TH FLOOR, CAMDEN, NJ 08101**
Courtroom Number: **4B**

File with the court a written response at:

Mitchell H. Cohen
U.S. Courthouse
400 Cooper Street, 4th Floor.
Camden, N.J. 08101

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Edward Hanratty, Esq.
57 W. Main Street, Suite 2D
Freehold NJ 07728

Trustee:

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650

Secured Creditors:

See Attached Service List

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

                                      Respectfully Submitted,

Dated:  February 29, 2024              **/s/ Edward Hanratty**
                                            EDWARD HANRATTY, ESQ.