UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
732-866-6655

IN RE:

**RUBI WATSON & REGINALD WATSON**



Order Filed on April 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 22-16515
HEARING DATE:
JUDGE: ABA

# ORDER GRANTING MOTION TO RELIEVE COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 22, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the _____ day of _____, the motion is hereby **GRANTED.**

**ORDERED** that the Motion to be Relieved as Counsel is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Law Office of Edward Hanratty, Edward Hanratty, Esq. is hereby relieved as counsel in connection with this matter, In Re: Rubi Watson & Reginald Watson, bearing Docket No.: 22-16515.

**AND IT IS FURTHER ORDERED** that a copy of the within Order be served upon all parties of record within \_\_\_3\_\_\_ days of the date of this Order.