**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)**

**THE LAW OFFICE OF EDWARD HANRATTY**
EDWARD HANRATTY, ESQ. (052151997)
57 W. MAIN STREET, SUITE 2D
FREEHOLD NJ 07728
732-866-6655

IN RE:

**RUBI WATSON & REGINALD WATSON**

**Order Filed on April 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 22-16515
HEARING DATE:
JUDGE: ABA

## ORDER GRANTING MOTION TO RELIEVE COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 22, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by the Debtor and for good cause it is ordered that as of the _____ day of _____, the motion is hereby **GRANTED.**

**ORDERED** that the Motion to be Relieved as Counsel is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Law Office of Edward Hanratty, Edward Hanratty, Esq. is hereby relieved as counsel in connection with this matter, In Re: Rubi Watson & Reginald Watson, bearing Docket No.: 22-16515.

**AND IT IS FURTHER ORDERED** that a copy of the within Order be served upon all parties of record within ___3___ days of the date of this Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 22-16515-ABA

Rubi Watson                                                                                                            Chapter 13

Reginald Nathanael Watson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                                                 Page 1 of 2

Date Rcvd: Apr 22, 2024                             Form ID: pdf903                                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

**Recip ID**                     **Recipient Name and Address**
db/jdb                       +   Rubi Watson, Reginald Nathanael Watson, 17 Autumn Lane, Egg Harbor Township, NJ 08234-5241

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024                                      Signature:               /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

**Name**                         **Email Address**

Albert Russo
                docs@russotrustee.com

Denise E. Carlon
                on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Edward Hanratty
                on behalf of Joint Debtor Reginald Nathanael Watson thanratty@centralnewjerseybankruptcylawyer.com
                aaguirre@centralnewjerseybankruptcylawyer.com

Edward Hanratty
                on behalf of Debtor Rubi Watson thanratty@centralnewjerseybankruptcylawyer.com
                aaguirre@centralnewjerseybankruptcylawyer.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 22, 2024 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 5