UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, New Jersey 08650
(609) 587-6888
STANDING CHAPTER 13 TRUSTEE

In re:

RUBI WATSON
REGINALD N. WATSON

Debtor(s)



Order Filed on May 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-16515 / ABA

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter 13

## ORDER TO RE-CAPITALIZE
## DEBTOR(S) PLAN PAYMENT TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 14, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having been brought before the Court on an application by Pro Se debtor(s) seeking entry of an order to re-capitalize the debtor(s) plan payments to the trustee, and this Order having been submitted pursuant to D.N.J. LBR 9072-1(d) (7 Day Rule), and no objection being received thereon, and the Court having considered the application, and for good cause shown:

**IT IS HEREBY ORDERED** that:

1. The debtor(s) payments to the trustee be adjusted as follows:

    - $27,717.00 paid to date (20 month[s])
    - $1547.00 for 1 month[s] beginning 5/1/24
    - $1600.00 for 39 month[s] beginning 6/1/24

2. All other provisions of the most recently entered Order Confirming Plan or Order Confirming Modifed Plan shall remain in full force and effect.

3. If the debtor(s) fail(s) to make regular plan payments to the trustee for a period of more than thirty (30) consecutive days, upon certification of the trustee of such non-payment, with the Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case may be dismissed.