| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on December 18, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Fax: (609) 587-9676 | Case No.:    22-16515 ABA<br><br>Hearing:     12/16/25<br><br>Judge   Andrew B. Altenburg, Jr. |
| In Re:<br><br>    **RUBI WATSON**<br><br>    **REGINALD N. WATSON**<br>            Debtor(s) | |

# ORDER ON DEBTOR'S MOTION FOR RELIEF FROM STAY TO PROCEED WITH DIVORCE AND PROPERTY TRANSFER

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: December 18, 2025**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

**THIS MATTER**, having come before the Court on Debtor's Motion for Relief from Stay to Proceed with Divorce Proceeding and Property Transfer; and, the Trustee having filed an objection; and, the Court having considered all submissions; and, this Order being submitted pursuant to D.N.J. LBR 9013-4 (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**ORDERED :**

1. The Motion for Relief is granted to allow the parties to proceeds with divorce proceeding in Family Court.

2. The request to transfer marital property located at 17 Autumn Lane, Egg Harbor Township is denied. The parties shall adjudicate this transfer, and any equitable distribution, in Family Court.

3. If Family Court orders a transfer of the marital property, then the appropriate motion approving such transfer shall be filed in the Bankruptcy Corut.