Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16515−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rubi Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Reginald Nathanael Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Social Security No.:
  xxx−xx−2343

  xxx−xx−9724

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 15, 2022.

On April 21, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                May 27, 2026
Time:                 09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 21, 2026
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-16515-ABA

Rubi Watson                                                                     Chapter 13

Reginald Nathanael Watson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                                  Page 1 of 4

Date Rcvd: Apr 21, 2026                 Form ID: 185                              Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rubi Watson, Reginald Nathanael Watson, 17 Autumn Lane, Egg Harbor Township, NJ 08234-5241 |
| 519684193 | | Arcadia Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 519684194 | + | Atlanticare Regional Medical Care, P.O. Box 829600, Philadelphia, PA 19182-9600 |
| 519695092 | + | Brian C. Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519684203 | | Community Medial Center, P.O. Box 29969, Brooklyn, NY 11203 |
| 519743815 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519684210 | | Hackensack Meridian Health Physician, P.O. Box 419801, Boston, MA 02241-9801 |
| 519684212 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519699280 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 519684221 | + | Shore Medical Center, P.O. Box 42972, Philadelphia, PA 19101-2972 |
| 519684220 | + | Shore medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519686020 | + | Upstart Network, Inc., Attn Peritus Portfolio Services II, LLC, PO Box 1149, Grapevine, TX 76099-1149 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519684191 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 21 2026 21:30:52 | Affirm Inc, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 519684195 | ^ | MEBN | Apr 21 2026 21:21:07 | BCA Financial, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519684196 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 21 2026 21:30:47 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519684225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 21:30:53 | The Home Depot, PO Box 653000, Dallas, TX 75265-3000 |
| 519752591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 21 2026 21:26:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519684204 | | Email/Text: vbacchas@crossriverbank.com | Apr 21 2026 21:26:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 519684197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2026 21:30:49 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519711777 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2026 21:31:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

| | | | |
|---|---|---|---|
| | | | Ave, Oklahoma City, OK 73118-7901 |
| 519684198 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2026 21:30:59 | Care Credit, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 519684199 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 21:30:53 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519738593 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 21:30:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519684200 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 21:31:05 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519684201 | ^ MEBN | Apr 21 2026 21:20:42 | Citiznpayloc, One Citizens Bank Way, Johnston, RI 02919-1922 |
| 519684202 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 21 2026 21:27:00 | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519708845 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 21 2026 21:30:36 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519684206 | + Email/Text: bankruptcy@firstelectronic.com | Apr 21 2026 21:28:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519684205 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 21 2026 21:28:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519684207 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2026 21:26:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519684208 | + Email/Text: bankruptcy@greenskycredit.com | Apr 21 2026 21:27:00 | GreenSky Financial, Attn: Bankruptcy, 1797 Ne Expressway Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519741442 | + Email/Text: bankruptcy@greenskycredit.com | Apr 21 2026 21:27:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 519684209 | ^ MEBN | Apr 21 2026 21:21:28 | Hackensack Meridian Health, Souther Ocean Medical Center, P.O. Box 8505, Pompano Beach, FL 33075-8505 |
| 519684211 | ^ MEBN | Apr 21 2026 21:21:14 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519684213 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2026 21:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519921386 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2026 21:30:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921387 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2026 21:30:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520649273 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2026 21:26:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520649274 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2026 21:26:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC 75261-9096 |
| 519684216 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 21 2026 21:28:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519684215 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 21 2026 21:28:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519688491 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 21 2026 21:28:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519684217 | + Email/Text: netcreditbnc@enova.com | | |

District/off: 0312-1                            User: admin                            Page 3 of 4

Date Rcvd: Apr 21, 2026                        Form ID: 185                            Total Noticed: 68

| | | Apr 21 2026 21:28:33 | Net Credit, 175 W. Jackson Blvd., Suite #1000, Chicago, IL 60604-2863 |
|---|---|---|---|
| 519684218 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 21 2026 21:30:47 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519746086 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2026 21:31:02 | Portfolio Recovery Associates, LLC, C/O The Home Depot, POB 41067, Norfolk VA 23541 |
| 519746084 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2026 21:30:50 | Portfolio Recovery Associates, LLC, C/O Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519732854 | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2026 21:27:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519684219 | ^ MEBN | Apr 21 2026 21:20:40 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 520420212 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2026 21:30:52 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520420211 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2026 21:30:41 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519684222 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 21 2026 21:26:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519728628 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2026 21:30:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519685444 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2026 21:31:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684223 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 21 2026 21:30:37 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519700998 | + Email/Text: tdebn@credbankserv.com | Apr 21 2026 21:27:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519684224 | + Email/Text: _sagcallcenter@techcu.com | Apr 21 2026 21:26:00 | Technology Credit Unio, 2010 North First Street, San Jose, CA 95131-2018 |
| 519733913 | + Email/Text: _sagcallcenter@techcu.com | Apr 21 2026 21:26:00 | Technology Credit Union, 2010 N. First St., San Jose, CA 95131-2018 |
| 519684226 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 21 2026 21:27:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519734729 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 21 2026 21:26:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519684227 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2026 21:31:04 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519688462 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 21 2026 21:27:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519684228 | Email/Text: bankruptcies@uplift.com | Apr 21 2026 21:26:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519684231 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 21 2026 21:27:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 519684229 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 21 2026 21:27:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519684230 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 21 2026 21:27:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519684232 | ^ MEBN | Apr 21 2026 21:21:47 | Virtua Health, P.O. Box 71430, Philadelphia, PA |

District/off: 0312-1                          User: admin                                    Page 4 of 4
Date Rcvd: Apr 21, 2026                       Form ID: 185                                    Total Noticed: 68

19176-1426

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519684214 | | Klarna, Sveavagen 46, Stockholm, SE-111 34 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519684192 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519921388 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829888 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829916 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921389 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829889 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829917 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519689190 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4