**Fill in this information to identify your case:**

Debtor 1 _Kim Watson_
First Name    Middle Name    Last Name

Debtor 2 _Reginald Nathaniel Watson_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _22-16515_
(if known)

**FILED**

JEANNE A. NAUGHTON, CLERK

APR 30 2026

U.S. BANKRUPTCY COURT
CAMDEN, N.J.

BY_____DEPUTY

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Kim Watson_                    X _Reginald Watson_
Signature of Debtor 1             Signature of Debtor 2

Date _04/21/2026_                 Date _04/21/2026_
MM / DD / YYYY                    MM / DD / YYYY

Official Form 106Dec            Declaration About an Individual Debtor's Schedules

