<u>Notice of Undeliverable Mail to Debtor</u>

**FILED**
JEANNE A. NAUGHTON, CLERK

April 23, 2026

**MAY 08 2026**

From: United States Bankruptcy Court, District of New Jersey

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Rubi Watson, Case Number 22-16515, ABA

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**401 Market Street**
**Camden, NJ 08102**

_____

Undeliverable Address:
Klarna
Sveavagen 46
Stockholm, SE-111 34

Role type/cr id: 519684214
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Klarna Inc.
800 N. High St. Ste 400
Columbus, OH 43215

_____ Petitioner _____ 5/1/26

1

_Ruliucoter_
Signature of Debtor or Debtor's Attorney

Date  5/1/26

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

000143      21207000143028



Rubi Watson
17 Autumn Lane
Egg Harbor Twp NJ 08234

CERTIFIED MAIL

9589 0710 5270 3572 9661 39

US. Bankruptcy Court
401 Market Street
Camden, NJ 08102

X-Fi.

Retail

UNITED STATES
POSTAL SERVICE

RDC 99

08102

U.S. POSTAGE
FCM LETTER
SOMERS POIN
MAY 04, 2026

$9.70

S2324M5037