Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−16515−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rubi Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Reginald Nathanael Watson
17 Autumn Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−2343                                    xxx−xx−9724

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 13, 2026.

Dated: July 13, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 22-16515-ABA

Rubi Watson                                                               Chapter 13

Reginald Nathanael Watson
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 4

Date Rcvd: Jul 13, 2026                       Form ID: plncf13                      Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rubi Watson, Reginald Nathanael Watson, 17 Autumn Lane, Egg Harbor Township, NJ 08234-5241 |
| 519684193 | | Arcadia Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 519684194 | + | Atlanticare Regional Medical Care, P.O. Box 829600, Philadelphia, PA 19182-9600 |
| 519695092 | + | Brian C. Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519684203 | | Community Medial Center, P.O. Box 29969, Brooklyn, NY 11203 |
| 519743815 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519684210 | | Hackensack Meridian Health Physician, P.O. Box 419801, Boston, MA 02241-9801 |
| 519684212 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519699280 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 519684221 | + | Shore Medical Center, P.O. Box 42972, Philadelphia, PA 19101-2972 |
| 519684220 | + | Shore medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519686020 | + | Upstart Network, Inc., Attn Peritus Portfolio Services II, LLC, PO Box 1149, Grapevine, TX 76099-1149 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2026 21:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2026 21:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519684191 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 13 2026 22:01:52 | Affirm Inc, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 519684195 | ^ | MEBN | Jul 13 2026 21:40:56 | BCA Financial, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519684196 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jul 13 2026 21:51:25 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 519684225 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 22:01:57 | The Home Depot, PO Box 653000, Dallas, TX 75265-3000 |
| 519752591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 13 2026 21:43:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519684204 | | Email/Text: vbacchas@crossriverbank.com | Jul 13 2026 21:43:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 519684197 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2026 21:51:28 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519711777 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 13 2026 21:51:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

District/off: 0312-1                                   User: admin                                        Page 2 of 4

Date Rcvd: Jul 13, 2026                              Form ID: plncf13                                  Total Noticed: 70

| | | | |
|---|---|---|---|
| | | | Ave, Oklahoma City, OK 73118-7901 |
| 519684198 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 13 2026 21:50:45 | Care Credit, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 519684199 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 22:12:19 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519738593 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 22:01:54 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519684200 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 21:51:28 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519684201 | ^ MEBN | Jul 13 2026 21:40:37 | Citiznpayloc, One Citizens Bank Way, Johnston, RI 02919-1922 |
| 519684202 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2026 21:44:00 | Comenityl/Prcpgd, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519708845 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 21:50:53 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519684206 | + Email/Text: bankruptcy@firstelectronic.com | Jul 13 2026 21:45:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519684205 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 13 2026 21:45:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519684207 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2026 21:43:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519684208 | + Email/Text: bankruptcy@greenskycredit.com | Jul 13 2026 21:44:00 | GreenSky Financial, Attn: Bankruptcy, 1797 Ne Expressway Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519741442 | + Email/Text: bankruptcy@greenskycredit.com | Jul 13 2026 21:44:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 519684209 | ^ MEBN | Jul 13 2026 21:42:08 | Hackensack Meridian Health, Souther Ocean Medical Center, P.O. Box 8505, Pompano Beach, FL 33075-8505 |
| 519684211 | ^ MEBN | Jul 13 2026 21:41:12 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, P.O. Box 548, Trenton, NJ 08625-0548 |
| 519684213 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2026 21:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519684214 | + Email/Text: bankruptcy.us@klarna.com | Jul 13 2026 21:44:00 | Klarna, 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 519921386 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 21:51:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921387 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 21:51:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520649273 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2026 21:43:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520649274 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2026 21:43:00 | Lakeview Loan Servicing, LLC, C/O Nationstar Mortgage, LLC, Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC 75261-9096 |
| 519684216 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 13 2026 21:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519684215 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 13 2026 21:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 519688491 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |

District/off: 0312-1 | User: admin | Page 3 of 4

Date Rcvd: Jul 13, 2026 | Form ID: plncf13 | Total Noticed: 70

| | | | |
|---|---|---|---|
| | | Jul 13 2026 21:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519684217 | + Email/Text: netcreditbnc@enova.com | Jul 13 2026 21:45:00 | Net Credit, 175 W. Jackson Blvd., Suite #1000, Chicago, IL 60604-2863 |
| 519684218 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2026 21:50:40 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519746086 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2026 21:51:07 | Portfolio Recovery Associates, LLC, C/O The Home Depot, POB 41067, Norfolk VA 23541 |
| 519746084 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2026 21:51:39 | Portfolio Recovery Associates, LLC, C/O Tractor Supply, POB 41067, Norfolk VA 23541 |
| 519732854 | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2026 21:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519684219 | ^ MEBN | Jul 13 2026 21:40:36 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 520420212 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 21:51:27 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520420211 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2026 21:51:28 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521200506 | + Email/Text: ecfbnc@aldridgepite.com | Jul 13 2026 21:44:00 | Rocket Mortgage, LLC, s/b/m Nationstar Mortgage, LLC, Attn ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 519684222 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 13 2026 21:43:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519728628 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2026 21:51:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519685444 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2026 21:51:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519684223 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 13 2026 21:51:24 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519700998 | + Email/Text: tdebn@credbankserv.com | Jul 13 2026 21:43:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519684224 | + Email/Text: _sagcallcenter@techcu.com | Jul 13 2026 21:43:00 | Technology Credit Unio, 2010 North First Street, San Jose, CA 95131-2018 |
| 519733913 | + Email/Text: _sagcallcenter@techcu.com | Jul 13 2026 21:43:00 | Technology Credit Union, 2010 N. First St., San Jose, CA 95131-2018 |
| 519684226 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 13 2026 21:44:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519734729 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 13 2026 21:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519684227 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2026 21:51:42 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519688462 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 13 2026 21:45:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 519684228 | Email/Text: bankruptcies@uplift.com | Jul 13 2026 21:43:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 519684231 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 13 2026 21:45:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

| 519684229 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 13 2026 21:44:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519684230 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 13 2026 21:44:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519684232 | ^ MEBN | Jul 13 2026 21:41:41 | Virtua Health, P.O. Box 71430, Philadelphia, PA 19176-1426 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519684192 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519921388 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829888 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829916 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921389 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829889 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520829917 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519689190 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Lakeview Loan Servicing  LLC. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4